# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: REDWELL, STEVEN §  | Case No. 11-18967 |
| REDWELL, SARA §  | |
| §  | |
| Debtor(s) §  | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/27/2012 in Courtroom 680, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  08/20/2012         By:  /s/DEBORAH K. EBNER
                                                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: REDWELL, STEVEN § | | Case No. 11-18967 |
| REDWELL, SARA § | | |
| § | | |
| Debtor(s) § | | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $ 18,000.24

*and approved disbursements of*      $ 1,357.93

*leaving a balance on hand of* [1]      $ 16,642.31

**Balance on hand:**      $ 16,642.31

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:      $ 0.00
Remaining balance:      $ 16,642.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 2,550.02 | 0.00 | 2,550.02 |
| Trustee, Expenses - Deborah K. Ebner | 107.85 | 0.00 | 107.85 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 1,370.00 | 0.00 | 1,370.00 |
| Accountant for Trustee, Fees - LOIS WEST | 920.00 | 0.00 | 920.00 |

Total to be paid for chapter 7 administration expenses:      $ 4,947.87
Remaining balance:      $ 11,694.44

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 11,694.44

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 11,694.44

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 73,618.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 555.12 | 0.00 | 88.18 |
| 2 | FIA CARD SERVICES, N.A. | 13,432.15 | 0.00 | 2,133.71 |
| 3 | Chase Bank USA, N.A. | 10,426.46 | 0.00 | 1,656.26 |
| 4 | Chase Bank USA, N.A. | 4,869.32 | 0.00 | 773.50 |
| 5 | Marriott Employees Federal Credit Union | 19,922.17 | 0.00 | 3,164.66 |
| 6 | Marriott Employees Federal Credit Union | 16,332.81 | 0.00 | 2,594.49 |
| 7 | GE Capital Retail Bank | 3,940.72 | 0.00 | 625.99 |
| 8 | BMW Financial Services NA, LLC | 4,140.04 | 0.00 | 657.65 |

Total to be paid for timely general unsecured claims: $ 11,694.44
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $       0.00
Remaining balance:   $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $       0.00
Remaining balance:   $       0.00

Prepared By: /s/DEBORAH K. EBNER
Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 11-18967-JPC
Steven Redwell                                              Chapter 7
Sara Redwell
         Debtors              CERTIFICATE OF NOTICE

District/off: 0752-1       User: ccabrales        Page 1 of 2       Date Rcvd: Aug 21, 2012
                           Form ID: pdf006        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2012.
db/jdb       +Steven Redwell,    Sara Redwell,    3435 W. Melrose St.,   Chicago, IL 60618-5414
17226475     +ADT Security,    PO Box 371490,    Pittsburg, PA 15250-7490
17226476     +Att,   PO Box 5093,   Carol Stream, IL 60197-5093
18277777     +BMW Financial Services NA, LLC,    POB 201347,   Arlington TX 76006-1347
17226477     +Bank of America,    PO Box 851001,   Dallas, TX 75285-1001
17226479     +Chase,   PO Box 260161,   Baton Rouge, IL 70826-0161
17226480     +Chase,   PO Box 659754,   San Antonio, TX 78265-9754
17226481      Chase,   PO Box 15298,   San Antonio, TX 788265
17891380      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17226478     +City of Chicago,    Water Billing and Collections,    Suite LL10,   333 S. State St,
               Chicago, IL 60604-3957
17226483     +Cook County Treasurer,    PO Box 4468,   Carol Stream, IL 60197-4468
17226484     +Dish Network,   Dept 0063,    Palatine, IL 60055-0001
17846140      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
17226487     +Home Depot,   Processing Center,    Des Moines, IA 50364-0001
17292590     +Marriot Employees,    VISA,   POB 31279,   Tampa, FL 33631-3279
17226491     +Marriott Employees,    PO Box 6005,   Bethesda, MD 20827
18011105     +Marriott Employees Federal Credit Union,    10400 Fernwood Rd Suite LL 128,
               Bethesda MD 20817-1102
17226490     +PNC,   PO Box 5570,   Cleveland, OH 44101-0570
17226489      PNC,   PO Box 1820,   Dayton, OH 45401-1820
17226486     +PNC Bank,   PO Box 5570,   Cleveland, OH 44101-0570
17226488     +Peoples Gas,   Chicago, IL 60687-0001
17226492      Room Place,   PO Box 659704,    San Antonio, TX 78265-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17249244     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Aug 22 2012 03:14:23
               BMW Financial Services NA, LLC Department,    c/o Ascension Capital Group,   P.O. Box 201347,
               Arlington, TX 76006-1347
17226482     +E-mail/Text: legalcollections@comed.com Aug 22 2012 02:05:20     ComEd,   PO Box 6111,
               Carol Stream, IL 60197-6111
17380143     +E-mail/Text: legalcollections@comed.com Aug 22 2012 02:05:20     Commonwealth Edison Company,
               3 Lincoln Center,   Attn: Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
17226485     +E-mail/Text: fmbbankruptcy@firstmidwest.com Aug 22 2012 04:00:17     First Midwest Bank,
               PO Box 9003,   Gurnee, IL 60031-9003
18095867      E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2012 03:07:22     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17226493     +E-mail/PDF: gecsedi@recoverycorp.com Aug 22 2012 02:26:28     Sams Club,   PO Box 530942,
               Atlanta, GA 30353-0942
                                                                                           TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Law Office of Deborah Kanner Ebner
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2012**                         **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: ccabrales              Page 2 of 2                   Date Rcvd: Aug 21, 2012
                               Form ID: pdf006              Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2012 at the address(es) listed below:
              David   Hernandez     on behalf of Debtor Steven Redwell david@rehablaw.com
              Deborah   Kanner Ebner     dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner     on behalf of Trustee Deborah Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Linda M Kujaca     on behalf of Trustee Deborah Kanner Ebner lkujaca@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Toni   Dillon    on behalf of Creditor   PNC Bank, N.A. tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 6