# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: REDWELL, STEVEN                                Case No. 11-18967
      REDWELL, SARA

                                          ,          Chapter    7

                          Debtors

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $558,570.00 | Assets Exempt: $13,300.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $11,694.44 | Claims Discharged Without Payment: $113,375.35 |
| Total Expenses of Administration: $6,305.80 | |

    3)  Total gross receipts of $      18,000.24    (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $        0.00    (see **Exhibit 2** ), yielded net receipts of  $18,000.24
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $702,018.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,305.80 | 6,305.80 | 6,305.80 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 108,758.00 | 73,618.79 | 73,618.79 | 11,694.44 |
| **TOTAL DISBURSEMENTS** | $810,776.00 | $79,924.59 | $79,924.59 | $18,000.24 |

4) This case was originally filed under Chapter 7 on May 03, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _12/10/2012_____    By:_ /s/DEBORAH K. EBNER_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Automobiles, Trucks , Trailers | 1129-000 | 18,000.00 |
| Interest Income | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$18,000.24** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | PNC BANK | 4110-000 | 63,000.00 | N/A | N/A | 0.00 |
| NOTFILED | First Midwest Bank | 4110-000 | 299,051.00 | N/A | N/A | 0.00 |
| NOTFILED | PNC BANK | 4110-000 | 339,967.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$702,018.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 2,550.02 | 2,550.02 | 2,550.02 |
| Deborah K. Ebner | 2200-000 | N/A | 107.85 | 107.85 | 107.85 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 1,370.00 | 1,370.00 | 1,370.00 |
| LOIS WEST | 3410-000 | N/A | 920.00 | 920.00 | 920.00 |
| American Auction Associates | 3620-000 | N/A | 1,071.28 | 1,071.28 | 1,071.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.58 | 33.58 | 33.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 27.73 | 27.73 | 27.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.26 | 33.26 | 33.26 |
| International Sureties | 2300-000 | N/A | 49.76 | 49.76 | 49.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.29 | 34.29 | 34.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.03 | 33.03 | 33.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,305.80 | $6,305.80 | $6,305.80 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 95.00 | 555.12 | 555.12 | 88.18 |
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 13,432.15 | 13,432.15 | 2,133.71 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 3 | Chase Bank USA, N.A. | 7100-000 | 11,875.00 | 10,426.46 | 10,426.46 | 1,656.26 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 5,090.00 | 4,869.32 | 4,869.32 | 773.50 |
| 5 | Marriott Employees Federal Credit Union | 7100-000 | 15,247.00 | 19,922.17 | 19,922.17 | 3,164.66 |
| 6 | Marriott Employees Federal Credit Union | 7100-000 | N/A | 16,332.81 | 16,332.81 | 2,594.49 |
| 7 | GE Capital Retail Bank | 7100-000 | N/A | 3,940.72 | 3,940.72 | 625.99 |
| 8 | BMW Financial Services NA, LLC | 7100-000 | 25,000.00 | 4,140.04 | 4,140.04 | 657.65 |
| NOTFILED | People's Gas | 7100-000 | 126.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 3,681.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club | 7100-000 | 3,961.00 | N/A | N/A | 0.00 |
| NOTFILED | Room Place | 7100-000 | 6,242.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 2,608.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer | 7100-000 | 20,871.00 | N/A | N/A | 0.00 |
| NOTFILED | Dish Network | 7100-000 | 107.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 13,433.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Water Billing and Collections | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | ATT | 7100-000 | 54.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $108,758.00 | $73,618.79 | $73,618.79 | $11,694.44 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-18967 | Trustee: (330480) DEBORAH K. EBNER |
| Case Name: REDWELL, STEVEN | Filed (f) or Converted (c): 05/03/11 (f) |
| REDWELL, SARA | §341(a) Meeting Date: 06/13/11 |
| Period Ending: 12/10/12 | Claims Bar Date: 12/21/11 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1    Real Property<br>    3435 W. Melrose, Chicago, Il 60618 $244,500.00<br>    4956-58 Drummond Street, Chicago. IL  60639<br>    $252,500.00 | 497,000.00 | 0.00 | DA | 0.00 | FA |
| 2    Chase Acct XXXXX1176 | 200.00 | 0.00 | DA | 0.00 | FA |
| 3    HOUSEHOLD GOODS AND FURNISHINGS | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 4    WEARING APPAREL | 500.00 | 0.00 | DA | 0.00 | FA |
| 5    Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 6    Automobiles, Trucks , Trailers<br>    2006 BMW - 16,800.00<br>    2002 Ford Explorer 250.00<br>    2007 Ford Explorer 13,570.00<br>    Commercial  Tractor Trailer 23,000.00<br>    Commercial Trailer 3,500.00 | 57,120.00 | 23,270.00 | DA | 18,000.00 | FA |
| Int    INTEREST  (u) | Unknown | N/A | | 0.24 | FA |
| 7    **Assets    Totals** (Excluding unknown values) | **$558,570.00** | **$23,270.00** | | **$18,000.24** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Trustee liquidated a vehicle. Claims bar date expired in December 2011. Claims are being reviewed and case is now being closed.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    August 20, 2012  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-18967 |
| **Case Name:** | REDWELL, STEVEN |
| | REDWELL, SARA |
| **Taxpayer ID #:** | \*\*-\*\*\*8725 |
| **Period Ending:** | 12/10/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-\*\*\*\*\*\*21-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200\*\*\*\*\*\*0765 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2167 | Consolidation | 9999-000 | 995.00 | | 1,990.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2168 | Consolidation | 9999-000 | 995.00 | | 2,985.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2169 | Consolidation | 9999-000 | 995.00 | | 3,980.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2170 | Consolidation | 9999-000 | 995.00 | | 4,975.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2171 | Consolidation | 9999-000 | 995.00 | | 5,970.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*2172 | Consolidation | 9999-000 | 500.00 | | 6,470.00 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0765 | Consolidation | 9999-000 | 597.65 | | 7,067.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0775 | Consolidation | 9999-000 | 995.00 | | 8,062.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0774 | Consolidation | 9999-000 | 995.00 | | 9,057.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0773 | Consolidation | 9999-000 | 970.00 | | 10,027.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0772 | Consolidation | 9999-000 | 820.00 | | 10,847.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0771 | Consolidation | 9999-000 | 995.00 | | 11,842.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0770 | Consolidation | 9999-000 | 995.00 | | 12,837.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0769 | Consolidation | 9999-000 | 995.00 | | 13,832.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0768 | Consolidation | 9999-000 | 995.00 | | 14,827.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0767 | Consolidation | 9999-000 | 970.00 | | 15,797.65 |
| 01/31/12 | | From Account #9200\*\*\*\*\*\*0766 | Consolidation | 9999-000 | 995.00 | | 16,792.65 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.26 | 16,759.39 |
| 03/08/12 | 101 | International Sureties | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #11-18967, Bond # 016026455 | 2300-000 | | 49.76 | 16,709.63 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.29 | 16,675.34 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.03 | 16,642.31 |
| 09/27/12 | 102 | LOIS WEST | Dividend paid 100.00% on $920.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 920.00 | 15,722.31 |
| 09/27/12 | 103 | Deborah K. Ebner | Dividend paid 100.00% on $2,550.02, Trustee Compensation;  Reference: | 2100-000 | | 2,550.02 | 13,172.29 |
| 09/27/12 | 104 | Deborah K. Ebner | Dividend paid 100.00% on $107.85, Trustee Expenses;  Reference: | 2200-000 | | 107.85 | 13,064.44 |
| 09/27/12 | 105 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $1,370.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,370.00 | 11,694.44 |
| 09/27/12 | 106 | Commonwealth Edison Company | Dividend paid  15.88% on $555.12; Claim# 1; Filed: $555.12; Reference: | 7100-000 | | 88.18 | 11,606.26 |
| 09/27/12 | 107 | FIA CARD SERVICES, N.A. | Dividend paid  15.88% on $13,432.15; Claim# 2; Filed: $13,432.15; Reference: | 7100-000 | | 2,133.71 | 9,472.55 |

| | | Subtotals : | $16,792.65 | $7,320.10 |
|---|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-18967 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | REDWELL, STEVEN | | Bank Name: | The Bank of New York Mellon |
| | REDWELL, SARA | | Account: | 9200-******21-66 - Checking Account |
| Taxpayer ID #: | **-***8725 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/27/12 | 108 | Chase Bank USA, N.A. | Dividend paid  15.88% on $10,426.46; Claim# 3; Filed: $10,426.46; Reference: | 7100-000 | | 1,656.26 | 7,816.29 |
| 09/27/12 | 109 | Chase Bank USA, N.A. | Dividend paid  15.88% on $4,869.32; Claim# 4; Filed: $4,869.32; Reference: | 7100-000 | | 773.50 | 7,042.79 |
| 09/27/12 | 110 | Marriott Employees Federal Credit Union | Dividend paid  15.88% on $19,922.17; Claim# 5; Filed: $19,922.17; Reference: | 7100-000 | | 3,164.66 | 3,878.13 |
| 09/27/12 | 111 | Marriott Employees Federal Credit Union | Dividend paid  15.88% on $16,332.81; Claim# 6; Filed: $16,332.81; Reference: | 7100-000 | | 2,594.49 | 1,283.64 |
| 09/27/12 | 112 | GE Capital Retail Bank | Dividend paid  15.88% on $3,940.72; Claim# 7; Filed: $3,940.72; Reference: | 7100-000 | | 625.99 | 657.65 |
| 09/27/12 | 113 | BMW Financial Services NA, LLC | Dividend paid  15.88% on $4,140.04; Claim# 8; Filed: $4,140.04; Reference: | 7100-000 | | 657.65 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 16,792.65 | 16,792.65 | $0.00 |
| Less: Bank Transfers | 16,792.65 | 0.00 | |
| Subtotal | 0.00 | 16,792.65 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $16,792.65 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******21-67 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | to reduce charges | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **995.00** | **995.00** | **$0.00** |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******21-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-18967 |
| **Case Name:** | REDWELL, STEVEN |
| | REDWELL, SARA |
| **Taxpayer ID #:** | **-***8725 |
| **Period Ending:** | 12/10/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******21-69 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/10/2012 12:26 AM    V.13.04

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******21-70 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 12/10/2012 12:26 AM    V.13.04

Exhibit 9

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-18967 |
| **Case Name:** | REDWELL, STEVEN |
| | REDWELL, SARA |
| **Taxpayer ID #:** | **-***8725 |
| **Period Ending:** | 12/10/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******21-71 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0773 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******21-72 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 500.00 | | 500.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 500.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 500.00 | 500.00 | $0.00 |
| Less: Bank Transfers | 500.00 | 500.00 | |
| **Subtotal** | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 9

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 09/26/11 | | American Auction Associates, Inc | net auction proceeds per court order - $14,500.00 - 2001 Mack Tractor / 1989 Strick Trailer - $3,500.00 - Gross proceeds =$18,000.00 auction expenses = 1,071.28 (see detail) net to trustee = $16,928.72 | | 16,928.72 | | 16,928.72 |
| | | American Auction Associates | Auction Expenses              -1,071.28 | 3620-000 | | | 16,928.72 |
| | {6} | | 2001 Mack Tractor              3,500.00 | 1129-000 | | | 16,928.72 |
| | {6} | | 1989 Strick Trailer            14,500.00 | 1129-000 | | | 16,928.72 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 16,928.73 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 16,903.73 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,903.87 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.58 | 16,870.29 |
| 11/21/11 | | To Account #9200******2166 | to reduce charges | 9999-000 | | 995.00 | 15,875.29 |
| 11/21/11 | | To Account #9200******2167 | to reduce charges | 9999-000 | | 995.00 | 14,880.29 |
| 11/21/11 | | To Account #9200******2168 | | 9999-000 | | 995.00 | 13,885.29 |
| 11/21/11 | | To Account #9200******2169 | | 9999-000 | | 995.00 | 12,890.29 |
| 11/21/11 | | To Account #9200******2170 | | 9999-000 | | 995.00 | 11,895.29 |
| 11/21/11 | | To Account #9200******0766 | | 9999-000 | | 995.00 | 10,900.29 |
| 11/21/11 | | To Account #9200******0767 | | 9999-000 | | 995.00 | 9,905.29 |
| 11/21/11 | | To Account #9200******0767 | | 9999-000 | | 995.00 | 8,910.29 |
| 11/21/11 | | To Account #9200******0768 | | 9999-000 | | 995.00 | 7,915.29 |
| 11/21/11 | | To Account #9200******0769 | | 9999-000 | | 995.00 | 6,920.29 |
| 11/21/11 | | To Account #9200******0774 | | 9999-000 | | 995.00 | 5,925.29 |
| 11/21/11 | | To Account #9200******0773 | | 9999-000 | | 995.00 | 4,930.29 |
| 11/21/11 | | To Account #9200******0773 | | 9999-000 | | 995.00 | 3,935.29 |
| 11/21/11 | | To Account #9200******0771 | | 9999-000 | | 995.00 | 2,940.29 |
| 11/21/11 | | To Account #9200******0770 | | 9999-000 | | 995.00 | 1,945.29 |
| 11/21/11 | | To Account #9200******0772 | | 9999-000 | | 820.00 | 1,125.29 |
| 11/21/11 | | To Account #9200******2172 | | 9999-000 | | 500.00 | 625.29 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 625.38 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.73 | 597.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 597.65 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 597.65 | 0.00 |

| | Subtotals : | $16,928.96 | $16,928.96 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-18967 | |
| Case Name: | REDWELL, STEVEN | |
| | REDWELL, SARA | |
| Taxpayer ID #: | **-***8725 | |
| Period Ending: | 12/10/12 | |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 16,928.96 | 16,928.96 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 16,842.65 | |
| | | | Subtotal | | 16,928.96 | 86.31 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,928.96 | $86.31 | |

Exhibit 9

# Form 2

Page: 11

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **995.00** | **995.00** | **$0.00** |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 12

| Case Number: | 11-18967 | | Trustee: | DEBORAH K. EBNER (330480) |
|---|---|---|---|---|
| Case Name: | REDWELL, STEVEN | | Bank Name: | The Bank of New York Mellon |
| | REDWELL, SARA | | Account: | 9200-******07-67 - Checking Account |
| Taxpayer ID #: | **-***8725 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/10/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 1,990.00 |
| 11/21/11 | | To Account #9200******0775 | | 9999-000 | | 995.00 | 995.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 970.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 970.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | **1,990.00** | **1,990.00** | **$0.00** |
| | Less: Bank Transfers | 1,990.00 | 1,965.00 | |
| | **Subtotal** | **0.00** | **25.00** | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$25.00** | |

Exhibit 9

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-68 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-69 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 12/10/2012 12:26 AM    V.13.04

Exhibit 9

# Form 2

Page: 15

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-70 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **995.00** | **995.00** | **$0.00** |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 16

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-71 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **995.00** | **995.00** | **$0.00** |
| Less: Bank Transfers | 995.00 | 995.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 17

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 11-18967 | |
| **Case Name:** | REDWELL, STEVEN | |
| | REDWELL, SARA | |
| **Taxpayer ID #:** | **-***8725 | |
| **Period Ending:** | 12/10/12 | |

| | | |
|---|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******07-72 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 820.00 | | 820.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 820.00 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 820.00 | 820.00 | $0.00 |
| Less: Bank Transfers | | 820.00 | 820.00 |
| **Subtotal** | | 0.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | $0.00 | $0.00 |

Exhibit 9

# Form 2

Page: 18

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 11-18967 |
| **Case Name:** | REDWELL, STEVEN |
| | REDWELL, SARA |
| **Taxpayer ID #:** | **-***8725 |
| **Period Ending:** | 12/10/12 |

| | |
|---|---|
| **Trustee:** | DEBORAH K. EBNER (330480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******07-73 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 1,990.00 |
| 11/21/11 | | To Account #9200******2171 | | 9999-000 | | 995.00 | 995.00 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 970.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 970.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 1,990.00 | 1,990.00 | $0.00 |
| Less: Bank Transfers | | 1,990.00 | 1,965.00 | |
| **Subtotal** | | 0.00 | 25.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $0.00 | $25.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******07-74 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0765 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 995.00 | 995.00 | $0.00 |
| | | | Less: Bank Transfers | | 995.00 | 995.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

Page: 20

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-18967 |
| Case Name: | REDWELL, STEVEN |
| | REDWELL, SARA |
| Taxpayer ID #: | **-***8725 |
| Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee: | DEBORAH K. EBNER (330480) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-*****07-75 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/21/11 | | From Account #9200******0767 | | 9999-000 | 995.00 | | 995.00 |
| 01/31/12 | | To Account #9200******2166 | Consolidation | 9999-000 | | 995.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 995.00 | 995.00 | $0.00 |
| | Less: Bank Transfers | 995.00 | 995.00 | |
| | **Subtotal** | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-*****21-66** | 0.00 | 16,792.65 | 0.00 |
| **Checking # 9200-*****21-67** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****21-68** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****21-69** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****21-70** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****21-71** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****21-72** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-*****07-65** | 16,928.96 | 86.31 | 0.00 |
| **Checking # 9200-*****07-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-67** | 0.00 | 25.00 | 0.00 |
| **Checking # 9200-*****07-68** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-69** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-70** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-71** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-72** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-73** | 0.00 | 25.00 | 0.00 |
| **Checking # 9200-*****07-74** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-*****07-75** | 0.00 | 0.00 | 0.00 |
| | $16,928.96 | $16,928.96 | $0.00 |